# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Victoria Rae Higley<br>aka Vicki R. Higley<br><br>**Debtor** | BK NO. 18-03056 RNO<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                                 Respectfully submitted,

                                 **/s/ James C. Warmbrodt, Esquire**
                                 James C. Warmbrodt, Esquire
                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 215-627-1322