```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03056-RNO
Victoria Rae Higley                                                 Chapter 7
       Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: admin              Page 1 of 1              Date Rcvd: Oct 24, 2018
                                Form ID: 318             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Victoria Rae Higley,    2747 Horseshoe Pike,    Palmyra, PA 17078-8949
5087208        +Citicards CBNA,    PO Box 790040,    Saint Louis, MO 63179-0040
5087211        +FBCS, Inc.,    330 S. Warminster Road, Suite 353,    Hatboro, PA 19040-3433
5087212        +Jonestown Bank And Trust,    PO Box 717,   Jonestown, PA 17038-0717
5087214        +Nationwide Credit, Inc.,    PO Box 14581,   Des Moines, IA 50306-3581
5087215        +Omer Higley,   2747 Horseshoe Pike,    Palmyra, PA 17078-8949
5087204         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
5087216        +SST/Best Egg,    Attn: Bankruptcy,    4315 Pickett Road,   Saint Joseph, MO 64503-1600
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5087205        +EDI: AMEREXPR.COM Oct 24 2018 23:08:00      Amex,   Correspondence,    PO Box 981540,
                 El Paso, TX 79998-1540
5087206        +EDI: TSYS2.COM Oct 24 2018 23:08:00      Barclays Bank Delaware,    Attn: Correspondence,
                 PO Box 8801,   Wilmington, DE 19899-8801
5087207        +EDI: CHASE.COM Oct 24 2018 23:08:00      Chase Card Services,    Correspondence Dept,
                 PO Box 15298,   Wilmington, DE 19850-5298
5087209        +EDI: DISCOVER.COM Oct 24 2018 23:08:00      Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
5087210        +E-mail/Text: bankruptcy.bnc@ditech.com Oct 24 2018 19:05:15      Ditech,   Attn: Bankruptcy,
                 PO Box 6172,   Rapid City, SD 57709-6172
5087203         EDI: IRS.COM Oct 24 2018 23:09:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5087213        +EDI: MERRICKBANK.COM Oct 24 2018 23:08:00      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
5087484        +EDI: PRA.COM Oct 24 2018 23:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5087217        +EDI: RMSC.COM Oct 24 2018 23:09:00      Synchrony Bank/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                    Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              Gary J Imblum    on behalf of Debtor 1 Victoria Rae Higley gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Victoria Rae Higley** | Social Security number or ITIN  xxx–xx–5503 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **1:18–bk–03056–RNO** | | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Victoria Rae Higley
aka Vicki R. Higley

**By the court:**     *Robt N. Opel II*

October 24, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2